PROB 12B
(7/93)

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 21 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: George William Moore           Case Number: 2:04CR00095-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 11/03/1993           Type of Supervision: Supervised Release

Original Offense: Conspiracy to Manufacture, Possess and Distribute Methamphetamine, 21 U.S.C. § 846

Date Supervision Commenced: 07/15/2005

Original Sentence: Prison - 135 months; TSR - 60 months

Date Supervision Expires: 07/14/2009

Revoked 10/12/04: Sentence-Prison 12 months plus 1 day; TSR-48 months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer.

18    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On July 15, 2005, Mr. Moore reported to the probation office following his release from imprisonment. During this meeting we discussed the aforementioned conditions as a way to assist Mr. Moore in complying the terms of supervised release and assisting him further with sobriety. Mr. Moore indicated that mental health treatment will be beneficial. Mr. Moore agreed that alcohol has been on a problem while under supervised release in the past and concurs with the probation office that he should abstain from its use, possession, or places where alcohol is primarily sold.

Prob 12B
**Re: Moore, George William**
**July 15, 2005**
**Page 2**

Respectfully submitted,

by _____
Missy K. Kolbe
U.S. Probation Officer
Date: July 15, 2005

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

7/20/05
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16     You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider.  You shall allow reciprocal release of information between the supervising probation officer and treatment provider.  You shall contribute to the cost of treatment according to your ability.

17     You shall abstain from alcohol use and possession and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer.

18     You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____  Signed: _____
                  Missy K. Kolbe                                      George William Moore
              U.S. Probation Officer                        Probationer or Supervised Releasee

                                                    July 15, 2005
                                                       Date